**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ERIC P. TALVENSARRI, | ) | No. CV 08-4255-DDP(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| F. GONZALEZ (Acting Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: May 11, 2010

_____
DEAN D. PREGERSON
United States District Judge